| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | DAVID E. SIPIORA (CA State Bar No. 124951) |
| 2 | KENNETH CHANG (CA State Bar No. 211925) |
| | 1200 Seventeenth Street, Suite 2700 |
| 3 | Denver, CO  80202 |
| | Telephone:  (303) 571-4000 |
| 4 | Facsimile:  (303) 571-4321 |
| | Email: desipiora@townsend.com |
| 5 |        kschang@townsend.com |
| 6 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OMNICELL, INC., a Delaware corporation, | Case No. C09 00923 |
| Plaintiff, | **PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT  TO FED. R. CIV. PRO. 41(A)(1)A)(I)** |
| v. | |
| FLO HEALTHCARE SOLUTIONS, LLC, a Georgia limited liability company, | Date:     6/17/09 |
| | Judge:    Hon. Marilyn Hall Patel |
| Defendant. | Complaint Filed:      3/3/09 |

TO THE COURT, DEFENDANT, AND ITS ATTORNEYS OF RECORD:

Please take notice that Plaintiff, Omnicell, Inc. ("Omnicell") hereby voluntarily dismisses the above-captioned lawsuit, without prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i). Plaintiff filed suit on March 3, 2009, and has not served its complaint on Defendant Flo Healthcare Solutions, LLC ("Flo").  Furthermore, as required under Fed. R. Civ. Pro. 41(a)(1)(A)(i), Flo has not filed in this matter either an answer or a motion for summary judgment. Flo and Omnicell have reached an agreement, effective June 15, 2009, regarding this dispute.  In accordance with this agreement, Omnicell files this notice of dismissal.

| | | |
|---|---|---|
| 1 | DATED: June 17, 2009 | Respectfully submitted, |
| 2 | | TOWNSEND AND TOWNSEND AND CREW LLP |
| 4 | | By: s/ Kenneth S. Chang |
| 5 | | David E. Sipiora |
| | | Kenneth S. Chang |
| 6 | | 1400 Wewatta St., Ste. 600 |
| | | Denver, CO 80202 |
| 7 | | Telephone: (303) 571-4000 |
| | | Facsimile: (303) 571-4321 |
| 8 | | Attorneys for Plaintiff |
| 9 | | OMNICELL, INC. |
| 10 | 62079182 v1 | |

6/18/09

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. PRO. 41(A)(1)A)(I)      - 2 -
CASE NO. C09 00923